**Fill in this information to identify the case:**

Debtor name: **99 Sutton LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): **21-43124**

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 21, 2021**

X **/s/ Joseph Torres**
Signature of individual signing on behalf of debtor

**Joseph Torres**
Printed name

**Member**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **99 Sutton LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | **21-43124** |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **99 Sutton Lender LLC**<br>**c/o Meadow Partners**<br>**430 Park Avenue, 15th Fl**<br>**New York, NY 10022** | | **99 Sutton Street, Brooklyn, NY** | **Contingent Unliquidated Disputed** | $19,947,189.00 | $0.00 | $19,947,189.00 |
| **Dreamspace Realty**<br>**240 North Henry Street**<br>**Brooklyn, NY 11222** | | | | | | $12,163.08 |
| **JES Property Management Services, Inc.**<br>**77 Box Street**<br>**Brooklyn, NY 11222** | | | | | | $27,180.00 |
| **Kucker, Marino, Winlarsky & Bittens LLP**<br>**747 Third Avenue, 12th Fl**<br>**New York, NY 10017** | | | **Contingent Unliquidated Disputed** | | | $91,726.00 |
| **New York City Department of Finance**<br>**66 John Street, 2nd Fl**<br>**New York, NY 10038** | | | | | | $335,285.86 |
| **Scarano & Associates**<br>**110 York Street**<br>**Brooklyn, NY 11201** | | | **Contingent Unliquidated Disputed** | | | $26,552.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **99 Sutton LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **21-43124** |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **99 Sutton Lender LLC**<br>Creditor's Name<br><br>**c/o Meadow Partners**<br>**430 Park Avenue, 15th Fl**<br>**New York, NY 10022**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**99 Sutton Street, Brooklyn, NY**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$19,947,189.00** | **$0.00** |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$19,947,189.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **99 Sutton LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | 21-43124 |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Dreamspace Realty**<br>**240 North Henry Street**<br>**Brooklyn, NY 11222**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,163.08** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**JES Property Management Services, Inc.**<br>**77 Box Street**<br>**Brooklyn, NY 11222**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,180.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Kucker, Marino,**<br>**Winlarsky & Bittens LLP**<br>**747 Third Avenue, 12th Fl**<br>**New York, NY 10017**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$91,726.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**New York City Department of Finance**<br>**66 John Street, 2nd Fl**<br>**New York, NY 10038**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$335,285.86** |

| Debtor | 99 Sutton LLC | Case number (if known) | 21-43124 |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,552.00** |
|---|---|---|---|
| | Scarano & Associates<br>110 York Street<br>Brooklyn, NY 11201 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 492,906.94 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c.  $ | 492,906.94 |

**United States Bankruptcy Court**
**Eastern District of New York**

| | | | |
|---|---|---|---|
| In re | **99 Sutton LLC** | Case No. | **21-43124** |
| | Debtor(s) | Chapter | **11** |

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **December 21, 2021**       **/s/ Joseph Torres**
　　　　　　　　　　　　　　　　　　　　**Joseph Torres**/**Member**
　　　　　　　　　　　　　　　　　　　　Signer/Title

Date:   **December 21, 2021**       **/s/ Lawrence F. Morrison**
　　　　　　　　　　　　　　　　　　　　Signature of Attorney
　　　　　　　　　　　　　　　　　　　　**Lawrence F. Morrison**
　　　　　　　　　　　　　　　　　　　　**Morrison Tenenbaum, PLLC**
　　　　　　　　　　　　　　　　　　　　**87 Walker Street, Second Floor**
　　　　　　　　　　　　　　　　　　　　**New York, NY 10013**
　　　　　　　　　　　　　　　　　　　　**212-620-0938   Fax: 646-390-5095**

```
99 Sutton Lender LLC
c/o Meadow Partners
430 Park Avenue, 15th Fl
New York, NY 10022


Dreamspace Realty
240 North Henry Street
Brooklyn, NY 11222


JES Property Management
Services, Inc.
77 Box Street
Brooklyn, NY 11222


Kucker, Marino,
Winlarsky & Bittens LLP
747 Third Avenue, 12th Fl
New York, NY 10017


New York City Department
of Finance
66 John Street, 2nd Fl
New York, NY 10038


Scarano & Associates
110 York Street
Brooklyn, NY 11201
```